**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Byron Estuardo Silva,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-05392-PHX-AMM

**ORDER**

On August 3, 2026, Petitioner Byron Estuardo Silva filed a Petition under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) Pursuant to General Order 26-09, the Court ordered Respondents to answer the Petition (Doc. 3), and the Petition is now fully briefed (Docs. 6–7). On September 28, 2026, Petitioner filed a Motion for Decision asking that the Court rule on the Petition. (Doc. 8.) The Court granted Petitioner's Motion for Decision in part, informing Petitioner it will consider the Petition as expeditiously as its caseload permits, and denied the motion as to any other form of relief. (Doc. 9.) On October 29, 2026, Petitioner filed a second Motion for Decision asking that the Court rule on the Petition. (Doc. 10.)

As previously stated, the Court is sensitive to the nature of the Petition and will consider the Petition as expeditiously as its caseload permits.

///

///

///

Accordingly,

**IT IS ORDERED** that Petitioner's Motion for Decision is **GRANTED IN PART** to the extent that this Order updates Petitioner on the status of the case. (Doc. 10.) The motion is **DENIED** as to any other form of relief.

Dated this 4th day of November, 2026.

Honorable Angela M. Martinez
United States District Judge